Nu-Enamel Nortown Distributors, Inc., Appellee, v. Nu-Enamel Corporation, Appellant.

Gen. No. 42,334.

Heard in third division, first district, this court; opinion filed July 3, 1942. Francis L. Boutell, for appellant; A. D. McMahon, of counsel; Blum & Jacobson, for appellee; George M. Shkoler, of counsel. Opinion by JUSTICE HEBEL. "Not to be published in full."